# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

OLGA LIPSKAIA,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Warden of Otay Mesa Detention Center, et al.,

Respondents.

Case No.: 26-CV-3 JLS (VET)

**ORDER DISMISSING CASE**

On January 20, 2026, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 4), and Petitioner was provided a bond hearing pursuant to 8 U.S.C. § 1226(a) (ECF No. 6). Petitioner's attorney requested attorney's fees under the Equal Access to Justice Act. *See* ECF No. 1 at 10. In the Court's Order, Petitioner's attorney was given thirty (30) days from the date of the Order to "submit an attorney fee application and corresponding billing records." Order at 7. Thirty days from the date of the Order have come and gone, and Petitioner's attorney has not submitted an attorney fee application. *See generally* Docket.

/ / /

/ / /

/ / /

Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**. As this concludes the litigation in the matter, the Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  February 20, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-3 JLS (VET)